# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY ROBERT GLOVER,<br><br>        Petitioner,<br><br>   v.<br><br>MIDDLETON, et al.,<br><br>        Respondents. | No. 2:22-CV-0056-DMC-P<br><br>ORDER |

       Petitioner, a pre-trial detainee proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: March 23, 2022

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE