IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY ROBERT GLOVER,<br><br>        Petitioner,<br><br>    v.<br><br>MIDDLETON, et al.,<br><br>        Respondents. | No.  2:22-CV-0056-KJM-DMC-P<br><br>ORDER |

Petitioner, a pre-trial detainee proceeding pro se, brought this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Final judgment was entered on October 27, 2022, and this case is now closed.  Pending before the Court is Petitioner's motion, ECF No. 17, for the appointment of counsel.  Petitioner's motion is denied as moot because the case is closed and Petitioner did not timely appeal the Court's October 27, 2022, final judgment.

        IT IS SO ORDERED.

Dated:  February 8, 2023

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE